UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS RUIZ
*Petitioner,*

v.

Case No.: 3:23-cv-1099-MMH-JBT

DEPARTMENT OF
CORRECTIONS, et al,
*Defendant(s).*
_____/

Impunity

## PETITIONER CONSTITUTIONAL RIGHTS AND DOC VIOLATIONS THEREOF

COMES NOW, the Petitioner, Carlos Ruiz, *pro se*, and submits to this Court "Petitioner Constitutional Rights and DOC Violations Thereof", and in support thereof, the Petitioner will state the following:

## STATEMENT OF FACTS

1. First of all, *See* "Biography of a Criminal Family in Uniforms", at paragraph 17 to 21, and A to E, in page 9 and 10 thereof.

2. The Defendant's continuance of Petitioner CM status is a clear violation of Rule 33-601.800(16)(a). This CM continuation is retaliation in nature[1] for Petitioner grieving and going to Court, which also constitute a violation of Petitioner right to redress of Grievances. *See* Exhibit 1, 1-A, 2, and 3, Grievance log# 23-6-23971, 2307-230-058, and 2306-230-006. See, too, Exhibit 4 and 4-A, griev. log # 23-6-26348 and 230-2307-0042.

3. The Defendant's continuance of Petitioner CM status is not only a violation of

---
[1] *See* Exhibit TT and T-A1 (concerning the ICT concurring with the SCLO to release Petitioner to the General Population) in "Biography of a Criminal Family in Uniforms".

1

Rule 33-601.800(16)(a) but also a violation of Petitioner Due Process rights. Therefore, based not only on the fact that Petitioner's constitutional rights have been violated but also based on Rule 33-601.800(16)(a), this Court should order the Defendants to release Petitioner to the General Population based on the fact that Petitioner has served his due time in Close Management, as mandated by Rule 33-601.800(16)(a). Again, *See* Exhibit TT and T-A1[2]. See Exhibit 1-1 and Exhibit 1-2.

## SOUGHT RELIEF

This Court should order the Defendant's to release Petitioner from CM based on the SCLO and the ICT, as outlined on Exhibit T-A1 into "Biography of a Criminal Family in Uniforms", filed together with this petition.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished to: Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399-1050 via legal mail on this 11th day of Sept., 2023.

S/ Carlos Ruiz

Carlos Ruiz, FDC#086219
Suwannee C.I.
5964 U.S. Highway 90
Live Oak, FL 32060

CC file.      impunity

---

[2] *See* Rule 33-601.800(16)(a) into Exhibit S into " Biography of a Criminal Family in Uniforms", filed together with this Petition.

2